IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA ALTHOFF, | Civil No. 14-CV-00131-MJR-PMF |
| Plaintiff, | CJRA TRACK: C |
| vs. | |
| | JUDGES ASSIGNED: |
| UNITED STATES OF AMERICA, | District Judge Michael J. Reagan |
| SCOTT BRANNAN, M.D., | Magistrate Judge Philip M. Frazier |
| CAPE RADIOLOGY GROUP, P.C., and | |
| SOUTHERN ILLINOIS HOSPITAL | PRESUMPTIVE TRIAL MONTH: |
| SERVICES d/b/a MEMORIAL HOSPITAL | October 2015 |
| OF CARBONDALE, a corporation, | |
| | FINAL PRETRIAL CONF: |
| Defendants. | September 4, 2015 at 9:00 a.m. |

## JOINT REPORT OF PARTIES
## AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on May 13, 2014 with attorneys **Samantha Unsell**, counsel for Plaintiff Teresa Althoff, **Ryan J. Gavin**, counsel for Defendants Scott Brannan, M.D. and Cape Radiology Group, P.C., **John C. Ryan**, counsel for Defendant Southern Illinois Hospital Services, and **David J. Pfeffer**, counsel for Defendant United States of America, participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO
AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by **July 1, 2014**.

2. Plaintiff's deposition shall be taken by **September 15, 2014**.

3. Defendants' depositions shall be taken by **December 15, 2014**.

4. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by **July 3, 2014** (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
Plaintiff's expert(s): **January 15, 2015**.
Defendants' expert(s): **March 16, 2015.**

6. Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): **March 2, 2015.**
Defendants' expert(s): **May 1, 2015.**

7. **Discovery** shall be completed by **June 8, 2015** (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8. All **dispositive motions** shall be filed by **June 23, 2015** (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

9. The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves of the parties' proposed Scheduling and Discovery Order as submitted.

DATED: May 13, 2014.

| | |
|---|---|
| **s/ Samantha Unsell (with consent)** | STEPHEN R. WIGGINTON |
| **Samantha Unsell** | United States Attorney |
| Keefe & Keefe, PC | |
| 6 Executive Woods Ct. | **s/ David J. Pfeffer** |
| Belleville, IL 62226 | **David J. Pfeffer** |
| Phone: 618-236-2221 | Assistant United States Attorney |
| Email: samunsell@gmail.com | United States Attorney's Office |
| *Attorney for Plaintiff* | Nine Executive Drive |
| | Fairview Heights, Illinois 62208-1344 |
| **s/ John C. Ryan (with consent)** | Phone: (618) 628-3700 |
| **John C. Ryan** | Email: david.j.pfeffer@usdoj.gov |
| Feirich, Mager, Green, & Ryan | *Attorneys for United States of America* |
| 2001 West Main Street | |
| P.O. Box 1570 | **s/ Ryan J. Gavin (with consent)** |
| Carbondale, IL 62903 | **Ryan J. Gavin** |
| Phone: 618-529-3000 | Greensfelder, Hemker & Gale PC |
| Email: jryan@fmgr.com | 10 S. Broadway, Suite 2000 |
| *Attorney for Defendant* | St. Louis, MO 63102 |
| *Southern Illinois Hospital Services* | Phone: 314-241-9090 |
| | *Attorney for Defendants Scott Brannan, MD and Cape Radiology Group, PC* |