IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA ALTHOFF, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil No. 14-CV-00131-SMY-PMF |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| SCOTT BRANNAN, M.D., ) | |
| CAPE RADIOLOGY GROUP, P.C., and ) | |
| SOUTHERN ILLINOIS HOSPITAL ) | |
| SERVICES d/b/a MEMORIAL HOSPITAL ) | |
| OF CARBONDALE, a corporation, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNITED STATES OF AMERICA'S
RESPONSE TO PLAINTIFF'S MOTION TO DISMISS (Doc. 93)**

NOW COMES Defendant United States of America ("United States"), by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and David J. Pfeffer, Assistant United States Attorney, and states as follows for its Response to Plaintiff's "Motion to Dismiss Without Prejudice" (Doc. 93):

1. On March 17, 2015, Plaintiff filed her motion to voluntarily dismiss Co-Defendant Southern Illinois Hospital Services d/b/a Memorial Hospital of Carbondale ("SIHS") (*see* Doc. 93).

2. As the various Defendants have answered Plaintiff's Amended Complaint (Doc. 69), voluntary dismissal may be effected by way of a stipulation signed by all parties or by Court order. *See* Fed.R.Civ.P. 41(a).

3. Defendant United States has no objection to Plaintiff's motion to voluntarily dismiss Co-Defendant SIHS, so long as SIHS's pending cross-claims against Defendant United States (*see* Doc. 78) are likewise dismissed at that time.

4. On March 23, 2015, SIHS did move to voluntarily dismiss its cross-claims for indemnification and contribution against Defendant United States (Doc. 96). Assuming that SIHS's motion is granted and SIHS's cross-claims against the United States are dismissed, Defendant United States has no objection to SIHS's dismissal from this action.

5. It should be noted that Defendant United States has no pending cross-claims against SIHS. To clarify, Defendant United States initially pled a cross-claim for contribution against SIHS (*see* Doc. 52 at p. 12). After additional discovery, however, Defendant United States abandoned its cross-claim against SIHS, and thus did not re-plead the cross-claim in Defendant United States' Answer to Plaintiff's First Amended Complaint (*see* Doc. 75).

Respectfully submitted this 24th day of March 2015,

    STEPHEN R. WIGGINTON
    United States Attorney

    *s/ David J. Pfeffer*
    DAVID J. PFEFFER
    Assistant United States Attorney
    United States Attorney's Office
    Nine Executive Drive
    Fairview Heights, Illinois 62208-1344
    Phone: (618) 628-3700
    Fax: (618) 622-3810
    Email: david.j.pfeffer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA ALTHOFF,              )<br>                                                 )<br>         Plaintiff,                 )<br>vs.                                          )<br>                                                 )<br>THE UNITED STATES OF AMERICA, )<br>SCOTT BRANNAN, M.D.,    )<br>CAPE RADIOLOGY GROUP, P.C., and )<br>SOUTHERN ILLINOIS HOSPITAL )<br>SERVICES d/b/a MEMORIAL HOSPITAL )<br>OF CARBONDALE, a corporation, )<br>                                                 )<br>         Defendants.            ) | Civil No. 14-CV-00131-SMY-PMF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2015, I electronically filed the foregoing

**DEFENDANT UNITED STATES OF AMERICA'S
RESPONSE TO PLAINTIFF'S MOTION TO DISMISS (Doc. 93)**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

**Samantha S. Unsell**
Keefe & Keefe, PC
6 Executive Woods Ct.
Belleville, IL 62226
*Attorney for Plaintiff*

**Ryan J. Gavin**
Kamykowski, Gavin & Smith, PC
287 N. Lindbergh Blvd.
St. Louis, MO 63141
*Attorneys for Defendants Scott Brannan, M.D.
and Cape Radiology Group, PC*

**John C. Ryan**
**Kara L. Jones**
Feirich, Mager, Green, & Ryan
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
*Attorneys for Defendant
Southern Illinois Hospital Services*


*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney