IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA ALTHOFF, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>SCOTT BRANNAN, M.D., )<br>CAPE RADIOLOGY GROUP, P.C., and )<br>SOUTHERN ILLINOIS HOSPITAL )<br>SERVICES d/b/a MEMORIAL HOSPITAL )<br>OF CARBONDALE, a corporation, )<br>)<br>Defendants. ) | Civil No. 14-CV-00131-SMY-PMF |

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE TO CO-DEFENDANT SOUTHERN ILLINOIS HOSPITAL SERVICES' MOTION TO VOLUNTARILY DISMISS ITS CROSSCLAIMS AGAINST THE UNITED STATES (Doc. 96)**

NOW COMES Defendant United States of America ("United States"), by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and David J. Pfeffer, Assistant United States Attorney, and states as follows for its Response to Co-Defendant Southern Illinois Hospital Services' ("SIHS") "Motion for Voluntary Dismissal of Crossclaim for Indemnification and Crossclaim for Contribution Against the United States of America" (Doc. 96):

1. On March 23, 2015, SIHS moved for voluntary dismissal of its cross-claims for indemnification and contribution against Defendant United States (Doc. 96).

2. As the United States has answered Co-Defendant SIHS's cross-claims (*see* Doc. 83), voluntary dismissal may be effected by way of a signed stipulation or by Court order. *See* Fed.R.Civ.P. 41(a) & (c).

3. Defendant United States has no objection to Co-Defendant SIHS's motion to voluntarily dismiss its cross-claims for indemnification and contribution against the United States (Doc. 96).

4. Assuming that said motion is granted, Defendant United States has no objection to SIHS's motions to voluntarily dismiss its cross-claims against Co-Defendants Brannan and Cape Radiology (*see* Docs. 94 & 95).

5. It should also be noted that Defendant United States has no pending cross-claims against SIHS (*see* Doc. 97 at ¶ 5).

Respectfully submitted this 24th day of March 2015,

STEPHEN R. WIGGINTON
United States Attorney

*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois  62208-1344
Phone:   (618) 628-3700
Fax:       (618) 622-3810
Email:    david.j.pfeffer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA ALTHOFF, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>SCOTT BRANNAN, M.D., )<br>CAPE RADIOLOGY GROUP, P.C., and )<br>SOUTHERN ILLINOIS HOSPITAL )<br>SERVICES d/b/a MEMORIAL HOSPITAL )<br>OF CARBONDALE, a corporation, )<br>)<br>Defendants. ) | Civil No. 14-CV-00131-SMY-PMF |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015, I electronically filed the foregoing

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE TO CO-DEFENDANT SOUTHERN ILLINOIS HOSPITAL SERVICES' MOTION TO VOLUNTARILY DISMISS ITS CROSSCLAIMS AGAINST THE UNITED STATES (Doc. 96)**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

**Samantha S. Unsell**
Keefe & Keefe, PC
6 Executive Woods Ct.
Belleville, IL 62226
*Attorney for Plaintiff*

**Ryan J. Gavin**
Kamykowski, Gavin & Smith, PC
287 N. Lindbergh Blvd.
St. Louis, MO 63141
*Attorneys for Defendants Scott Brannan, M.D. and Cape Radiology Group, PC*

**John C. Ryan**
**Kara L. Jones**
Feirich, Mager, Green, & Ryan
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
*Attorneys for Defendant Southern Illinois Hospital Services*

*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney

3