IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERESA ALTHOFF,

Plaintiff,

vs.

SCOTT BRANNON M.D., et al.,

Defendants.

Case No. 14-cv-131-SMY-PMF

**JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the 60 Day Order entered on April 2, 2015, this case is **DISMISSED with prejudice and without costs**. Accordingly, the Clerk of Court is DIRECTED to close this case.

**DATED: July 16, 2015**

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Kailyn Kramer, Deputy Clerk**

**Approved: s/ Staci M. Yandle**
**STACI M. YANDLE**
**DISTRICT JUDGE**